IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES | : | |
| (ON BEHALF OF FBOP) | : | |
| (ON BEHALF OF FDC PHILA | : | |
| TRUST FUND OFFICIALS) | : | |
| (ON BEHALF OF MARCHESE AND/OR | : | |
| STREMMEL AND/OR OTHER UNKNOWN | : | |
| OFFICIALS) | : | NO. 15-5722 |

FILED
OCT 23 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 23 day of October 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

    1.  The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the court's Memorandum.

    2.  If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order.

    3.  This case shall be CLOSED for statistical purposes.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.